UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>EURASIAN NATURAL RESOURCES CORPORATION LTD.,<br><br>Applicant. | Case No. 19-mc-80037-SK<br><br>**ORDER REGARDING MOTION TO INTERVENE**<br><br>Regarding Docket No. 9 |

On February 8, 2019, Eurasian Natural Resources Corporation Ltd. ("ENRC") filed an application to permit discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. (Dkt. 1). ENRC argued that Public Interest Immunity does not preclude its request. The Court entered an order on March 5, 2019, setting a briefing schedule on the issue of Public Interest Immunity and on the discovery request in general. (Dkt. 6.) The order required Sir Nicholas William Peter Clegg to file an opposition to the application by no later than March 19, 2019. Sir Clegg filed an opposition on March 19, 2019. (Dkt. 13.)

On March 6, 2019, Dechert LLP ("Dechert") filed a motion to intervene and participate in discovery pursuant to 28 U.S.C. § 1782. (Dkt. 9.) Responses to the intervention motion were due March 20, 2019. None were filed. Courts allow permissive intervention where the movant is the intended target of the discovery materials sought by the applicant. *In re Request For Judicial Assistance from Seoul Dist. Criminal Court, Seoul, Korea*, 555 F.2d 720, 723 (9th Cir. 1977). Dechert contends that it has such standing to object to discovery in this case. (Dkt. 9.) The Court agrees that Dechert has standing here. Accordingly, the Court GRANTS the motion to intervene as unopposed and VACATES the associated April 22, 2019 hearing date.

The Court further ORDERS that Dechert's opposition to the discovery application shall be

1   filed no later than April 8, 2019.  Any reply shall be filed no later than April 15, 2019.

2   **IT IS SO ORDERED**.

3   Dated: March 25, 2019



SALLIE KIM
United States Magistrate Judge